**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: April 27, 2009**

_Craig A. Gargotta_
_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Dale D. Dishman and | § | |
| Linda Rebecca Dishman | § | |
| dba Dalbec Steel | § | Case No. 09-10883 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |

**FINAL ORDER ON**
**EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORITY TO**
**USE, SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE,**
**PROVIDE ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING**

CAME ON TO BE CONSIDERED Debtor's Emergency Motion Pursuant to 11 U.S.C. Sec. 363 For Authority to Use, Sell, or Lease Cash Collateral in the Ordinary Course, Provide Adequate Protection and for Preliminary Hearing (Motion). The Court finds that it should enter the following final order.

IT IS THEREFORE ORDERED AS FOLLOWS:

1.      Debtor is hereby authorized to use cash collateral to pay its usual and necessary operating expenses, of the same type and category as those set forth on the attached Exhibit A, including U.S. Trustee fees pending further order of the Court.    The line item for salaries shall constitute an allowance for the personal living expenses of the Debtors.

2.      All parties with an interest in cash collateral are hereby granted a replacement lien to the same extent, priority and validity as their pre-petition liens in the Debtors' post-petition business personal property.


###

| Period/Month: | Month 1 | Month 2 | Month 3 |
|---|---|---|---|
| | May-09 | June, 2009 | July, 2009 |
| **Sales** | $27,690.00 | $25,000.00 | $31,000.00 |
| Sales | | | |
| Other | | | |
| **Total Sales** | **$27,690.00** | **$25,000.00** | **$31,000.00** |
| | | | |
| ***Less Cost of Goods Sold*** | | | |
| Materials | $925.00 | $1,165.00 | $1,765.00 |
| Labor | $325.00 | $325.00 | $325.00 |
| Overhead | | | |
| Consumables-Plasma Cutting | $425.00 | $325.00 | $525.00 |
| **Total Cost of Goods Sold** | **$1,675.00** | **$1,815.00** | **$2,615.00** |
| | | | |
| **Gross Profit** | **$26,015.00** | **$23,185.00** | **$28,385.00** |
| | | | |
| **Operating Expenses** | | | |
| Salaries and wages | $7,000.00 | $7,000.00 | *$7,000.00* |
| Employee benefits | | | |
| Payroll taxes | $2,100.00 | $2,100.00 | *$2,100.00* |
| Rent | $0.00 | | |
| Utilities | $850.00 | $895.00 | $1,125.00 |
| Repairs and maintenance | $176.00 | $215.00 | $325.00 |
| Insurance | $169.20 | $253.20 | $253.20 |
| Travel | $225.00 | $225.00 | $325.00 |
| Telephone | $275.00 | $275.00 | $275.00 |
| Postage | $60.00 | $70.00 | $100.00 |
| Office supplies | $120.00 | $120.00 | $140.00 |
| Advertising/Marketing | $125.00 | $125.00 | $155.00 |
| Professional fees | $250.00 | $250.00 | $250.00 |
| Training and development | $25.00 | $25.00 | $25.00 |
| Bank charges | $25.00 | $25.00 | $25.00 |
| Property Tax | $833.33 | $833.33 | $833.33 |
| Miscellaneous | $100.00 | $100.00 | $100.00 |
| U.S. Trustee Fees | $700.00 | $700.00 | $700.00 |
| **Total Operating Expenses** | **$13,033.53** | **$13,211.53** | **$13,731.53** |
| | | | |
| **Operating Income** | **$12,981.47** | **$9,973.47** | **$14,653.47** |
| | | | |
| Interest income (expense) | | | |
| Other income (expense) | | | |
| **Total Nonoperating Income (Expense)** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Income (Loss) Before Taxes** | **12981.47** | **9973.47** | **14653.47** |
| | | | |
| **Income Taxes** | | | |
| | | | |
| **Net Income (Loss)** | **12981.47** | **9973.47** | **14653.47** |
| | | | |
| **Cumulative Net Income (Loss)** | **12981.47** | **22954.94** | **37608.41** |